
FILED
JAN 15 2013
Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| THOMAS G. SHAW, <br><br> Plaintiff, <br><br> vs. <br><br> ALVIN FODE, <br><br> Defendant. | Cause No. CV 12-00010-H-DWM-RKS <br><br><br> ORDER |

The parties having filed a stipulation for dismissal,

IT IS HEREBY ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees. All pending motions are MOOT and all deadlines are VACATED.

DATED this 15 day of January, 2013.

Donald W. Molloy, District Judge
United States District Court